An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THERESA MARIE KLEVEN,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 60970<br><br>**FILED**<br><br>FEB 1 3 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |



ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of burglary. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

Appellant Theresa Kleven's sole argument on appeal is that the district court erred in allowing a police officer to testify that he arrested her for burglary because he believed she entered a grocery store with the intent to commit a larceny. Because Kleven did not object to this statement at trial we review for plain error affecting her substantial rights. Patterson v. State, 111 Nev. 1525, 1530, 907 P.2d 984, 987 (1995). "Additionally, the burden is on the defendant to show actual prejudice or a miscarriage of justice." Green v. State, 119 Nev. 542, 545, 80 P.3d 93, 95 (2003). At trial, the officer testified that Kleven admitted to attempting to win money at a nearby casino, and after failing to do so, entering the grocery store without any method of payment for the items that she stole. Even assuming that the officer improperly gave his opinion as to Kleven's mental state, any error was undoubtedly harmless as Kleven's statements provided evidence of her intent. Because the result at trial would not have

13-04665

been different absent the statement, any error did not affect Kleven's substantial rights. Id. at 548, 80 P.3d at 97. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:　Hon. Brent T. Adams, District Judge
　　Washoe County Public Defender
　　Attorney General/Carson City
　　Washoe County District Attorney
　　Washoe District Court Clerk